CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Southern District of California



**FILED**
JUN 09 2025
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Robert J. Dudash
_____

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

State of CA Parole/agent(s)/agency
Jason Ball
K. Read
E. Baiza
_____

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No.  **'25CV1479 JES  VET**

*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)*  ☒ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

### I.  The Parties to This Complaint

#### A.  The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Robert J. Dudash / Jason Bout
Street Address: 765 3 32 Hudkins Lane Berkeley Springs
City and County: San Diego Berkeley Springs
State and Zip Code: CA WV
Telephone Number: 619 388 9898
E-mail Address: AJB CIG.State@gmail.com

#### B.  The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

1

Defendant No. 1

Name: Jason Ball
Job or Title (if known): Parole officer
Street Address: 765 3rd ave Ste. 200
City and County: Chula Vista
State and Zip Code: CA 91910
Telephone Number: 619 476 3700
E-mail Address (if known):

Defendant No. 2

Name: E. Baiza
Job or Title (if known): Parole agent Supervisor
Street Address: 765 3rd Ave, Chula Vista, CA 91910
City and County:
State and Zip Code:
Telephone Number: 619 476 3700
E-mail Address (if known):

Defendant No. 3

Name: K. Reed
Job or Title (if known): Parole Reviewing Authority
Street Address: 765 3rd Ave
City and County: Chula Vista
State and Zip Code: CA 91910
Telephone Number: 619 476 3700
E-mail Address (if known):

Defendant No. 4

Name: State of CA Parole agency
Job or Title (if known): Parole Agency/Board
Street Address: 765 3rd Ave
City and County: Chula Vista
State and Zip Code: CA 91910
Telephone Number: 619 476 3700
E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal Question      ☐ Diversity of Citizenship      ☒ U.S. Government Defendant

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

violations on 1/2 ammendments B 4th, included but not limited to fifth 18 USC Section 242 and 241

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* Robert J. Audash, is a citizen of the State of *(name)* California. Or is a citizen of *(foreign nation)* Maryland/West Virginia etc U.S. America et al

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* Jason Ball, is a citizen of the State of *(name)* San Diego California. Or is a citizen of *(foreign nation)* _____

   b. If the defendant is a Limited Liability Company (LLC)

   The defendant LLC's individual members, *(names)* _____

   are citizens of the following States or foreign nations *(names)*:

   _____

3

  c. If the defendant is a corporation

   The defendant, *(name)* E. Baiza , is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* Parole .

   Or is incorporated under the laws of *(foreign nation)* _____ ,

   and has its principal place of business in *(name)* California .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

  The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*: violations of our Constitutionally Protected rights is not to be taken lightly and is a matter of life and death / peace /tyranny.

## III. Venue

The Southern District of California includes the Counties of San Diego and Imperial. If <u>one</u> of the venue options below applies, the Southern District is the correct place to file your lawsuit.

Venue is appropriate in this Court because *(check all that apply)*:

- [x] a substantial part of the events I am suing about occurred in San Diego or Imperial County
- [x] a substantial part of the property I am suing about is located in San Diego or Imperial County
- [x] I am suing the U.S. government, federal agency, or a federal official in his/her/their official capacity <u>and</u> I live in San Diego or Imperial County
- [x] at least one defendant resides in this district and all other defendants reside in California
- [ ] Other (identify the specific statute that says venue is proper here):

  _____.

## IV. Statement of Claim(s)

Write a short and plain statement of each claim or legal cause of action you believe entitles you to relief. In your own words, briefly explain <u>what</u> each defendant did, <u>when</u> and <u>where</u> they did it, and <u>how</u> each defendant's acts or omissions caused you harm. If you wish to make more than one claim for relief, number each one and include a short and plain statement of each claim in a separate paragraph, as set forth below. Attach additional pages if needed.

A. FIRST CLAIM FOR RELIEF: first/second/third /fourth/ amendments (identify the law or right you claim was violated), by willful deprivation of our rights (name the defendant(s) involved). J Ball / B. Baiza / K. Reed

Supporting Facts: (explain what happened): violating / conspiring to violate / willfl depriving our right to bear arms not to be infringed by stipulating less than 2 inch blade, or punished / kidnapped tortured / oppressed in Jail / prison / by violation of null and void stipulation of right to bear arms not to be infringed.

Violating my / our freespeach, asking when asking if I have to / we have to sign polygraph documents or not and / or any other questions to understand and know of any consequence if or if not signed yet no answers to our questions only further violate us for excercissing our first Amendment. Parole stipulation in entirety violates a Now free citizen / and or free american to excercise any Constitutionally protected freedoms / liberties.

## IV. Statement of Claim(s) (cont'd)

B. SECOND CLAIM FOR RELIEF: Google and not to be violated exercising Constitutional / basic and given rights (identify the law or right you claim was violated), by _____ (name the defendant(s) involved).

Supporting Facts: (explain what happened): Violating for pocket knife / utility blade knife / protection / arm.
Violate me / us for asking questions and given no answer(s) to whether action of question w/out answer would / would not count as / will be violation / or not. and for increasing Parole / extending parole term another year instead of June 5th 2025 as recorded for these w/out Parole violations.

C. THIRD CLAIM FOR RELIEF: No Parole / Abolish Parole (identify the law or right you claim was violated), by Parole in / of whole is a violation to all rights protected and provided by the constitution (name the defendant(s) involved). J Ball  E Baiza  K. Reed  CA Parole

Supporting Facts: (explain what happened): violating all rights at large!

CASD Pro Se Non-Prisoner Form (Rev. 5/24) Complaint for a Civil Case

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order.

☒ Money damages in the amount of: Google + ∞ $ %

☒ Other (explain): Parole Abolished in its entirety

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or lack of information.

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7 of Friday June 6th, 2025

Plaintiff's Signature: Robert J. Dudash

Plaintiff's Printed Name: Robert J. Dudash