

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Robert J. Dudash

**Plaintiff,**

V.

State of CA Parole/Agent(s)/Agency;
Jason Ball; K. Reed; E. Baiza

**Defendant.**

Civil Action No.   25-cv-1479-JES-VET

**CLERK'S JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 Plaintiff has not responded to the Court's Order. Thus, the Court now dismisses this case without prejudice for failure to comply with the Court's order.  The case is hereby closed.

Date:   7/28/25

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M. Quinata

M. Quinata, Deputy